# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Mix,<br><br>    Plaintiff,<br><br>v.<br><br>Move Incorporated,<br><br>    Defendant. | No. CV-15-00370-PHX-GMS<br><br>**ORDER** |

  The parties having filed their Stipulation for Dismissal Without Prejudice (Doc. 13), and good cause appearing,

  **IT IS ORDERED** that this matter is dismissed without prejudice, each party to bear their own attorneys' fees and costs.

  Dated this 18th day of May, 2015.

_____
Honorable G. Murray Snow
United States District Judge